United States District Court
For The District of Columbia

Donnell Hurt,
    Plaintiff

v.

Federal Bureau of Prisons, et al.,
    Defendants.

Civil Action # 06-0085 UNA

RECEIVED JAN 25 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Plaintiff's Response to the Court's Order Dated January 11, 2006, And Filed in the Clerk's Office January 17, 2006.

Comes Now pro se plaintiff Donnell Hurt, in response to the Court's Order, contends that he cannot provide the Court with information regarding his inmate account at the time of his filing of his complaint while he was confined at DC Jail from December 12, 2005 until December 30, 2005. From the six-month period immediately preceding the filing of Plaintiff's Complaint (Dec. 2005), plaintiff was at various locations beginning in June 2005 when he was confined in Allenwood F.C.I. in White Deer Pa. On November 25, 2005, Plaintiff was released to Hope Village halfway house in S.E. Washington D.C. On December 12, 2005, Plaintiff was abruptly removed from Hope Village by the U.S. Marshals and taken to DC Jail. While confined at DC Jail, Plaintiff began the filing of this civil complaint. On December 30, 2005,

Plaintiff was released from DC Jail. Thus, Plaintiff was not confined at DC Jail for over 6-month during the filing of this action. Plaintiff is respectfully requesting instructions from this Court as to how he can provide copies of his inmate account for the past 6-months since he was confined in three (3) places (FCI Allenwood, Hope Village and DC Jail) during that period of time. Plaintiff is trying to avoid having his complaint dismissed for failure to provide the Court with information thats beyond his reach.

Plaintiff, who presently ~~reside~~ resides with his brother at 16 Chesapeake St SW Apt #4 Washington DC 20032, is unemployed and therefore does not have the ability to pay the filing fee of $250.00 to the Court. Therefore Plaintiff is seeking advise from the Court as to what he <u>must</u> do to avoid dismissal of his Civil Complaint.

Respectfully Submitted,

s/ Donnell Hurt
Donnell Hurt
16 Chesapeake St SW #4
Washington DC
20032

This 25th Day of January, 2006.